IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ray Edward Wells, <br> *aka Ray Anthony Wells, Ray Wells*, <br><br> Plaintiff, <br><br> vs. <br><br> SCDF Defendant Employees; Larry W. Powers; Dr. Salvatore Bianco; Nurse Susan Blackwell; Warden Chuck Wright; and The Medical Staff, <br><br> Defendants. | Civil Action No. 2:14-2091-TMC <br><br> **ORDER** |

Plaintiff Ray Edward Wells, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that Plaintiff's Complaint and Amended Complaint be dismissed without prejudice and without issuance and service of process. (ECF No. 20). Plaintiff was advised of his right to file objections to the Report. (ECF No. 20 at 12). Plaintiff timely filed objections. (ECF No. 24).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court need not conduct a de novo review when a party makes only "general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). In that case, the court reviews the Report only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

As set forth above, Plaintiff timely filed objections to the Report. (ECF No. 24). However, his objections fail to address any specific, dispositive portion of the Report. The objections are non-specific, unrelated to the dispositive portions of the Report, or merely restate Plaintiff's claims. The court has thoroughly reviewed the Report and Plaintiff's objections and finds no reason to deviate from the Report's recommended disposition.

Accordingly, the court adopts the Magistrate Judge's Report (ECF No. 20) and incorporates it herein. It is therefore **ORDERED** that Plaintiff's Complaint and Amended Complaint are summarily **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

July 30, 2014
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2